UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
******************************
NICOLE SALISBURY,

                Plaintiff,

                Civil Action No. 25-1659

        v.

FRANK BISIGNANO                **CONSENT ORDER TO**
COMMISSIONER                **REMAND PURSUANT TO**
OF SOCIAL SECURITY,           **SENTENCE 4 OF**
                                      **42 U.S.C. § 405(g)**

                Defendant.
******************************

This matter having been opened to the Court by JOHN SARCONE III, First Assistant United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, and a new decision will be issued. On remand, the administrative law judge will further consider Plaintiff's maximum residual functional capacity to work consistently during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations (Social Security Ruling 96-8p). In so doing, the ALJ will evaluate the medical source opinion(s) and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 404.1520c. Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this    8th      day of     July          , 2026 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in

Melkonyan v. Sullivan, 501 U.S. 89 (1991).


_____
Magistrate Judge Miroslav Lovric
United States District Court


The undersigned hereby consent to the form and entry of the within order.


Todd Blanche
Acting United States Attorney General

John Sarcone, III
First Assistant United States Attorney


By:      /s Kristina Cohn
_____
Kristina Cohn
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone:  212-264-2179
Email: kristina.cohn@ssa.gov


AVARD LAW


/s Craig Polhemus
_____
By:    Craig Polhemus
Attorney for Plaintiff
PO Box 101110
Cape Coral, FL 33910

Phone: 239-945-0808
Email: cpolhemus@avardlaw.com